UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-23360-BLOOM/Elfenbein

JESUS GONZALEZ,

    Plaintiff,

v.

EQUITY ONE (FLORIDA PORTFOLIO) LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Plaintiff's Notice of Dismissal With Prejudice, ECF No. [10] ("Notice"), filed on September 27, 2024. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [10]**, is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 24-cv-23360-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 30, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:  Counsel of Record